**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Columba R., <br>   *as guardian Ad Litem for M. R.* <br><br>       Plaintiff(s), <br><br>   vs. <br><br> City of Salinas <br><br>       Defendant(s). | Case No.: C-12-00743-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on May 7, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 1/14/13 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE RYU FOR A SETTLEMENT CONFERENCE TO BE COMPLETED BY: | 9/28/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 5/31/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 2/28/13 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 2/28/13 <br> Rebuttal: 3/15/13 |
| EXPERT DISCOVERY CUTOFF: | 4/15/13 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 5/21/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 7/12/13 |
| PRETRIAL CONFERENCE: | Friday, 7/26/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 8/26/13 at 8:30 a.m. <br> (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| TRIAL LENGTH: | <u>7</u>  days |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**