**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Columba R.,<br> *as guardian Ad Litem for M. R.* | Case No.: C-12-00743-YGR |
| Plaintiff(s), | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| City of Salinas | |
| Defendant(s). | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on May 7, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, <u>1/14/13</u> at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE RYU FOR A SETTLEMENT CONFERENCE TO BE COMPLETED BY: | <u>9/28/12</u> |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | <u>5/31/12</u> |
| NON-EXPERT DISCOVERY CUTOFF: | <u>2/28/13</u> |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: <u>2/28/13</u><br>Rebuttal: <u>3/15/13</u> |
| EXPERT DISCOVERY CUTOFF: | <u>4/15/13</u> |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | <u>5/21/13</u> |
| JOINT PRETRIAL CONFERENCE STATEMENT: | <u>7/12/13</u> |
| PRETRIAL CONFERENCE: | Friday, <u>7/26/13</u> at 9:00 a.m. |
| TRIAL DATE: | Monday, <u>8/26/13</u> at 8:30 a.m.<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

1  TRIAL LENGTH:                                    7 days

2      The parties must comply with both the Court's Standing Order in Civil Cases and Standing

3  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing

4  Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

5      **IT IS SO ORDERED.**

6  Dated:May 16, 2012

7                                               _____
                                               **YVONNE GONZALEZ ROGERS**

8                                               **UNITED STATES DISTRICT COURT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California