UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBA R., As Guardian Ad Litem For M.R.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SALINAS and SCOTT KENNETH CALLAN,<br><br>Defendants. | Case No.: 12-cv-00743-YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE WESTMORE** |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Westmore for a report and recommendation on Defendant's Motion for Default Judgment, filed on January 7, 2013 (Dkt. No. 61). The parties will be advised of the date, time and place of any appearance by notice from Magistrate Judge Westmore.

The hearing date of February 26, 2013 with Judge Gonzalez Rogers is **VACATED** in light of this referral.

**IT IS SO ORDERED**.

Dated: January 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Westmore